Edward Bernard MITCHELL,
Plaintiff–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Defendant–
Appellee.

No. 07–1025.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 13, 2008.

Decided: March 6, 2008.

Chalmers C. Johnson, Chalmers Johnson Law Firm, L.L.C., Mt. Pleasant, South Carolina, for Appellant. Reginald I. Lloyd, United States Attorney, Terri Hearn Bailey, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM Opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Bernard Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendant's motion for summary judgment on Mitchell's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mitchell v. Principi,* 467 F.Supp.2d 544 (D.S.C.2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*